**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 31 2012

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 1:1200140DPM/JJV

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: Michael Wade
ADC # 151652

Address: 300 Corrections Dr, Newport, AR 72112

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Marshall
and to Magistrate Judge Volpe

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Melvin Nance / John Doe

Position: M.D

Place of employment: Scott Grimes

Address: 300 Corrections Dr, Newport, AR 72112

Name of defendant: Rory Griffin

Position: Administrator of Medical + Dental Services

Place of employment: Central Office / A.D.C

Address: P.O. Box 8707 Pine Bluff, AR 71601

Name of defendant: Wendy Kelly

Position: Dep. Dir. of Health and Correctional Svcs.

Place of employment: Central Office / A.D.C.

Address: P.O. Box 8707 Pine Bluff, AR 71601

Name of defendant: Billy Cowell

Position: Health Services Administrator

Place of employment: ADC. Scott Grimes Unit

Address: 300 Corrections Dr, Newport, AR 72112

II. Are you suing the defendants in:

- ☐ official capacity only
- ☑ personal capacity only
- ☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: N/A

Defendants: N/A

☐ Court (if federal court, name the district; if state court, name the county):

- ☐ Docket Number: _____
- ☐ Name of judge to whom case was assigned: N/A
- ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A
- ☐ Approximate date of filing lawsuit: N/A
- ☐ Approximate date of disposition: _____

IV. Place of present confinement: SCOTT GRIMES UNIT

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

✓ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No _____

Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No _____

If not, why? _____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

This complaint is against Ark. Dept. of Corrections officals, Rory Griffin, Wendy Kelly, Billy Cowell, and Dr. Melvin Nance/John Doe. The above mentioned having failed to provide adequate treatment, care, and medications for my serious medical needs. Even after my filing several "sick slips", complaining of severe pain in my back, arms, shoulders, legs, hips and neck, the defenders continued to treat me with ineffitive medications, medications that had not worked on my for at least ten years which I advised them, and is also noted in my medical records secured from my primary care phyician Dr. Lee Walker, which according to Ms. Wendy Kelly (when responding to my apeal of grievance # GTR-12-01439) were reviewed by Dr. Nance/John Doe on 6 Sept 2012. These records along with the records from Dr. Michael Stone, my pain mangerment caregiver cleary diagnosed

my severe pain, and prescribed a treatment plan that included, Hydrocodone, Tramadol, Soma, Neurontin, and steroid shots in my back. The defendants ignored the prescribed course of treatment, instead giving me at various times, Naproxen and extra therms on 4/23/2012, on 7-3-2012 the Naproxen was stopped and Salsarate was ordered and the Nortripyline upped to 50 mg. When I complained that these medications were not working, all were stopped except the Salalate and Neurontin added. Due to the ineffitive treatment and medications prescribed by DR's Nance/John Doe, and upheld during the grievance and appeal process by the A.D.C. Officals named above, I continue to suffer unbearable pain, which is cruel and unusual punishment, which is a direct result of the defendants deliberate indifference, either directively or in-directively.

To sum it up, I have suffered and continue to suffer due to DR Nance's/John Doe's ineffective treatment of a serious and painful medical condition, and that the other named defendants are also at fault by upholding the finding and diagnosis/treatment of my condition, which are clearly defined in my medical records from both DRs Walker and Stone. Records which Ms Wendy Kelly admits were reviewed on 6 sept 2012. As a result, I am now spending most of my time in bed, missing meals, and having difficulty sleeping due to the constant pain.

VIII.   Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

I would like my pain properly treated, $25000.00 damages from each defendant, and any punitive awards deemed proper by the Court

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 27 day of Dec, 20 12.

Michael Wade 151652

_____

Signature(s) of plaintiff(s)

Revised 03/19/09

IGTT430
3GD

Attachment VI

INMATE NAME: Wade, Michael D.     ADC #: 151652     GRIEVANCE#: GR-12-01439

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

August 8, 2012, you grieved you are continuing to suffer from chronic and severe back pain due to inadequate medical care. You claim you are not provided necessary medication to prevent your pain. You claim you were taking Hydrocodone 3 times a day, Tramadol 3 times a day, and had steroid shots, Neurontin, and Soma for muscle spasms. You claim you are entitled to similar medical treatment as an inmate that you received in the free world. You list Dr. Melvin Nance, Rory Griffin, Administrator of Medical and Dental Services, and Wendy Kelley, Deputy Director of Health and Correctional Programs as medical care providers who deliberately caused physical injury and medical harm by not providing needed medical care.

The medical department responded, "Review of your record shows that on 3/27/12 you were seen by nursing and referred to chronic care for this complaint. On 4/11/12 you were seen by the APN and ordered Nortriptyline 25 mg and insoles. On 4/23/12 you were ordered Naproxen 500 mg and a script to wear extra thermals. On 6/19/12 you were issued a cane and double insoles. On 7/3/12 the Naproxen was stopped and Salsalate was ordered. On 8/20/12 you were ordered Keppra, tennis shoes, and the Nortriptyline was increased to 50 mg. You have outside medical records pending review by the UMD. This grievance is found to be without merit as there is no indication that you have not received adequate care. If you have further issues utilize the sick call process."

You disagree in your September 6 appeal because you find it hard to believe the medical department has not received your free world records. You state that your pain is a very good indicator that you are not receiving adequate care for your chronic and painful back condition.

Your records from Dr. Walker's office were received and reviewed by Dr. Nance on September 6, 2012. He noted they did not contain any information that altered your current treatment. You have been seen for your complaints and treated as deemed appropriate and clinically indicated in your provider's medical judgement. Your outside records have been reviewed. You should be seen in chronic care clinic this month and I enourage you to discuss any outstanding issues at that time. Your appeal is without merit.

_Wendy Kelley_
Director

10/19/12
Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center __GRIMES__

Received Grievance
AUG 0 9 2012
Grimes Unit

FOR OFFICE USE ONLY
GRV. # __GR-12-01439__
Date Received: __8-9-12__
GRV. Code #: __600__

Name __MICHAEL DEAN WADE__

ADC# __151652__   Brks # __2__   Job Assignment __B/4__

__8-8-12__ (Date) STEP ONE: Informal Resolution

__8-8-12__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __The below mentioned is already aware and have knowledge of my condition__

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? __Yes__   If yes, circle one: (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): __8-8-12. Grimes Unit. I am submitting this complaint against Dr. Melvin Nance, M.D., Corizon, Inc., contracted medical care provider, Rory Griffin, Administrator of Medical and Dental Services, and Wendy Kelley, Dep. Dir. of Health and Correctional programs, medical care providers who had committed either actually, directively or indirectively in deliberately causing physical injury (back) and medical harm by not providing needed medical care and such resulting in both Deliberate Indifference and Cruel and Unusual Punishment. I am continuing to suffer from chronic and severe back pain due to inadequate medical care. I am suffering due to me being not provided the necessary medications. I am being provided Nortriptyline that has not been as effective as the medical care that I received in society. I was was taking hydrocodone 3x a day, 50mg of Tramadol 3x a day, steroid shots and neurontin. And Soma for muscle spasms. The law clearly states that inmates have a constitutional right not the same but similar treatment.__

__Michael D. Wade__                                           __8-8-2012__
Inmate Signature                                                Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __8-8-12__ (date), and determined to be Step One and/or an Emergency Grievance __No__ (Yes or No). This form was forwarded to medical or mental health? __Yes__ (Yes or No). If yes, name of the person in that department receiving this form: _____   Date __8/8/12__

__Sgt Griffiths__   __52098__   __Rory, RNS__   __8-8-12__
**PRINT STAFF NAME (PROBLEM SOLVER)**   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: __You were evaluated by a Provider and treated appropriately. If you have problems please submit a sick call.__

__Bill Cowell__   __8-8-12__                  __Michael Wade__   __8-8-12__
Staff Signature & Date Returned                Inmate Signature & Date Received

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? __Yes__ or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: __SEP 12 2012__
If forwarded, provide name of person receiving this form: _____   Date: _____

HEALTH & CORRECTIONAL PROGRAMS

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

INMATE NAME: Wade, Michael D.        ADC #: 151652A        GRIEVANCE #: GR-12-01439

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(605) You state that you are not receiving adequate care for your back pain.

Review of your record shows that on 3/27/12 you were seen by nursing and referred to chronic care for this complaint. On 4/11/12 you were seen by the APN and ordered Nortriptyline 25mg and insoles. On 4/23/12 you were ordered Naproxen 500mg and a script to wear extra thermals. On 6/19/12 you were issued a cane and double insoles. On 7/3/12 the Naproxen was stopped and Salsalate was ordered. On 8/20/12 you were ordered Keppra, tennis shoes, and the Nortriptyline was increased to 50mg. You have outside medical records pending review by the UMD. This grievance is found to be without merit as there is no indication that you have not received adequate care. If you have further issues utilize the sick call process.

_Billy Cornell_                          _H.S.A._                          _9-6-12_
Signature of Health Services              Title                              Date
Administrator/Mental Health Supervisor
or Designee

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

SEP 12 2012

HEALTH & CORRECTIONAL PROGRAMS

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

I was told in march of 2012 that the ADC was sending for my freeworld medical records, I find it hard to believe that they (the ADC) has not yet recieved said records, Therefore I contend that the pain I am constantly in is a very good indicator that I am in fact "not" recieving adequate care for my chronic and painful back condition. the care does not address pain issues. 10 of these types of meds stopped working on me years ago. The shoes are to adv. a condition caused by selection

_Michael Wade_                         _151652_                      _9-6-12_
Inmate Signature                         ADC#                          Date