IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL WADE**
**ADC #151652**                                                  **PLAINTIFF**

v.                  No. 1:12-cv-140-DPM

**MELVIN NANCE, Doctor, North Central**
**Unit, Arkansas Department of Correction;** *et al.*     **DEFENDANTS**

## JUDGMENT

Wade's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 February 2013